UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY L. MITCHELL,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | NO. C11-1941-RAJ<br><br>ORDER AFFIRMING COMMISSIONER |

The court has considered the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. # 21) of the Honorable James P. Donohue, United States Magistrate Judge, Plaintiff's objections (Dkt. # 22) to the Report and Recommendation, Defendant's opposition to those objections, and Plaintiff's reply. Based upon that review, the court orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice. The clerk shall enter judgment for the Commissioner, and shall ensure that Judge Donohue receives notice of this order.

DATED this 7th day of December, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER AFFIRMING COMMISSIONER - 1